STEWART B. HOPPS, Respondent, v. NATIONAL UNION FIRE INSURANCE COMPANY, Appellant. (Appeal No. 2.) — Order denying motion to make the complaint more definite and certain affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

JENNIE HOROWITZ and Others, Appellants, and JACOB HOROWITZ, an Infant, by His Guardian ad Litem, HYMAN HOROWITZ, Plaintiff, v. OSCAR NORDSTROM, Defendant, and CHARLES BROWALL, Respondent. CHARLES BROWALL and Others, Respondents, v. HYMAN HOROWITZ, Appellant.— Judgment unanimously affirmed, with costs. Order setting aside verdict against Nordstrom and granting him a new trial unanimously affirmed, with costs to abide the event. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

VIRGINIA W. HUMPHREY, Respondent, v. LILLIE G. PONEMON and BESS B. COHAN, Appellants, Impleaded with PATRICK J. KELLY and ELIZABETH CONNELL, Defendants.— Order granting summary judgment reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. There are issues here which should be disposed of at a trial. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

In the Matter of the General Assignment for the Benefit of Creditors of ROBERT H. COHEN, Assignor, to SAMUEL W. FISHER, Assignee, Appellant. ROCKLAND SHIRT COMPANY, INC., Respondent.— Appeals discontinued on stipulation of counsel, without costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Application of COUNTY OF WESTCHESTER by WESTCHESTER COUNTY PARK COMMISSION, Organized and Existing under and in Pursuance of Chapter 292 of the Laws of 1922 of the State of New York, and the Acts Amendatory Thereof and Supplemental Thereto, Appellant, to Acquire Title to Lands of ANNA E. MACEWEN and CITY OF NEW ROCHELLE, Respondents, and Others, Defendants.— Order reversed on the law, with ten dollars costs and disbursements. In our opinion the learned Special Term was without power to make the order appealed from. The claimant, MacEwen, cannot, in our opinion, have the validity of the Zoning Ordinance of the City of New Rochelle determined in this proceeding. Her remedy is by the institution of an action for a declaratory judgment. (See *Dowsey* v. *Village of Kensington*, 257 N. Y. 221, 225.) Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

In the Matter of Proving the Last Will and Testament of HENRY REIMERS, Deceased. FRED ANTUSCH and JOHN BAHRENBURG, as Executors Named in the Prior Will, Contestants, Appellants; EDNA L. WEIGELT, Proponent, Respondent. (Appeal No. 2.) — Order of the Surrogate's Court of Queens county denying contestants' application for stenographer's minutes at the expense of the estate unanimously affirmed, with costs to respondent, payable by appellants personally. (*Matter of Engelbrecht*, 15 App. Div. 541.) Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.